**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY MCNEALY**                                                                        **PLAINTIFF**
**#161126**

**V.**                                              **NO. 4:22-cv-00917-JM**

**HIGGINS,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Paul Criswell, an inmate at the Pulaski County Detention Facility ("Detention Facility"),

filed this lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and 45 other inmates,

including Plaintiff Bradley McNealy. *Doc. 1*. Pursuant to Court policy, the Court opened 46

different lawsuits, including this one for Mr. McNealy.

With the initial filing, Mr. McNealy failed to provide a completed application for leave to

proceed *in forma pauperis* (IFP), including a jail account information sheet signed by an authorized

official; nor did he pay a filing fee. Accordingly, on September 30, 2022, the Court directed the

Clerk of Court to send Mr. McNealy an IFP application and ordered him to either: (1) return a

completed IFP application, along with a jail account information sheet; or (2) pay the $402.00

filing fee. *Doc. 2*. The Court's Order specifically warned Mr. McNealy that his failure to comply

within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. McNealy has not addressed the filing-fee requirement, and the time to do so

has passed.

Mr. McNealy claims are DISMISSED, without prejudice due to a lack of prosecution. FED.

R. CIV. P. 41(b); Local rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal from this

Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 31st day of October,  2022.

_____
UNITED STATES DISTRICT JUDGE